UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80573-CIV-DIMITROULEAS/SNOW

TISHMAN & TISHMAN, P.A., a
Florida Professional Corporation,
individually and as the representative
of a class of similarly-situated persons,

    Plaintiff,

vs.

MED DIRECT CAPITAL LLC,
MARISSA IGNATOWICH, and JOHN
DOES 1-12,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Voluntary Dismissal (the "Stipulation") [DE 12], filed herein on August 4, 2016. The Court has carefully considered the Stipulation [DE 12] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 12] is **APPROVED**;

2. This action is hereby **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and without prejudice as to the putative class members' claims;

3. Each party shall bear its own costs and fees, except as otherwise agreed; and

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record